# Court of Appeals
# of the State of Georgia

ATLANTA, December 13, 2017

*The Court of Appeals hereby passes the following order*

## A18D0197. SLF IV,-GA SINCLAIR, LLC v. GLYNN COUNTY, GEORGIA, A POLITICAL SUBDIVISION OF THE STATE OF GEORGIA et al. .

Upon consideration of the Application for Discretionary Appeal, it is ordered that it be hereby GRANTED. The Appellant may file a Notice of Appeal within 10 days of the date of this order. The Clerk of Superior Court is directed to include a copy of this order in the record transmitted to the Court of Appeals.

LC NUMBERS:

CE1700924



Court of Appeals of the State of Georgia
　　Clerk's Office, Atlanta, December 13, 2017.

　　*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

　　*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*Stephen E. Castlen* , *Clerk.*